June 14. 1911.

———o———

5331.

(Court of Appeal, Parish of Orleans).

## SUCCESSION OF MRS. BARBARA KERN.

Where the record fails to show affirmatively that the amount in dispute is between $100 and $2000. This Court is without jurisdiction.

Appeal from the Civil District Court, Division "B."

H. Kenner, for plaintiff and appellee.

G. J. Untereiner, for defendant and appellant.

DUFOUR, J.—This is an appeal from a judgment appointing an executor and a motion to dismiss for want of jurisdiction **ratione materiae** is made.

The grounds of appellant's opposition in the lower court are that the deceased left no estate and owned no property, and hence there were no assets to administer.

The record is absolutely barren of any proof that there is any property in dispute or that there are any assets whatsoever in the succession.

In the absence of evidence, that the matter in dispute involves between $100 and $2,000, we must decline jurisdiction.

Appeal dismissed.

June 14, 1911.

Rehearing refused, June 30, 1911.